UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BLOUNT,

Plaintiff,

v.

CDCR,

Defendant.

No. 2:26-cv-2789 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis. However, plaintiff did not sign the complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files the complaint.

Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature. Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

////

In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall re-file a signed complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: September 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE